IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                          Cr. No. 05-20137-B

WILLIAM THOMAS POWELL,

Defendant.

---

### ORDER GRANTING MOTION TO CONTINUE REPORT DATE

---

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the report date, currently set for Thursday, June 23, 2005 until Monday, July 25, 2005 @ 9:30a.m

It is so **ORDERED**, this the 22 day of June, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20137 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT