IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

VS.

  CR. NO. 05-20137-B

WILLIAM THOMAS POWELL,

  Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

This cause came on for a report date on July 25, 2005. At that time, counsel for the defendant requested a continuance of the August 1, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to September 6, 2005 with a **report date of Monday, August 29, 2005, at 9:30 a.m.**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from August 12, 2005 through September 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 1st day of ~~July~~ August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20137 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT