IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 AM 11:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                                 Cr. No. 05-20137-B

WILLIAM THOMAS POWELL,

Defendant.

## ORDER GRANTING MOTION TO CONTINUE REPORT DATE

For good cause shown, the Court hereby **GRANTS** defendant's motion to continue the report date, currently set for Monday, August 29, 2005 until _September 26, 2005 @ 9:30 a.m._ Time is excluded under the Speedy Trial Act based on the need of the defendant for further preparation.

It is so **ORDERED**, this the 26th day of August, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-26-05

(32)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20137 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT