IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 23 PM 3: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
   Plaintiff, )
)
VS. ) CR. NO. 2:05-20137-B
)
WILLIAM THOMAS POWELL, )
   Defendant. )
)

**ORDER ON CHANGE OF PLEA
AND SETTING**

    This cause came on to be heard on November 23, 2005, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, William Thomas Powell, appearing in person and with counsel, Mary C. Jermann, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1-12 and admitted to Count 13 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **THURSDAY, FEBRUARY 23, 2006, at 9:00 a.m., before Judge J. Daniel Breen.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 23rd day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:05-CR-20137 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT